Order issued October 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01395-CV

**IN RE HANK'S RESTAURANT GROUP, L.P., Relator**

Original Proceeding from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-03124-2012

# ORDER
Before Justices Moseley and Myers

The Court has before it real party in interest's October 25, 2012 unopposed motion for extension of time to file response. The Court **GRANTS** the motion and **ORDERS** real party in interest to file its response by October 26, 2012.

JIM MOSELEY
PRESIDING JUSTICE